USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSG KNICKS, LLC and NEW YORK KNICKS, LLC,

Plaintiffs,

-against-

JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,

Defendants.

1:26-cv-9728 MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 9, 2026, the Court entered an Order to show cause why an order should not be entered granting Plaintiffs' motion for a preliminary injunction, as well as entering a temporary restraining order ("TRO") and order of seizure. [ECF No. 12]. As part of the Order, the Court set a hearing for November 23, 2026 at 10:30AM, at which point the TRO is set to expire. To date, Plaintiffs have not filed any affidavits of service of the Summons, Complaint, or Order to Show Cause on any Defendants. Plaintiffs have also not filed a proposed order for preliminary injunction and seizure.

IT IS HEREBY ORDERED that **on or before November 19, 2026**, Plaintiffs shall file proofs of service as well as any proposed orders, supporting declarations, or further briefing necessary for the upcoming hearing on November 23, 2026. If Plaintiffs are unable to file these materials, they shall file a letter to the Court on November 19, 2026 not to exceed three pages advising the Court of the reason and what Plaintiffs believe is the appropriate next step.

**SO ORDERED.**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**

**Date: November 18, 2026**
**New York, NY**